[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 17-12667
Non-Argument Calendar

————————————————

D.C. Docket No. 3:16-cr-00095-BJD-MCR-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KAYLA SOTO,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(April 6, 2018)

Before MARCUS, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence-appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Romano*, 314 F.3d 1279, 1281 (11th Cir. 2002) (an argument that the government breached the plea agreement will be reviewed for plain error where it was not raised before the district court); *United States v. Copeland*, 381 F.3d 1101, 1104-05 (11th Cir. 2004) (sentence-appeal waiver will not foreclose a defendant's appeal that the government breached the plea agreement at sentencing).